**UNITED STATES DISTRICT COURT**

Northern District of California

NESTOR ANTONIO ORDONEZ,

        Plaintiff,

  v.

NATIONAL PASSENGER RAILROAD CORP.,

        Defendant.

_____/

No. CV10-5754 MEJ

**ORDER RE: CASE STATUS**

On March 17, 2011, the Court set a dispositive motion deadline of November 10, 2011. Dkt. No. 11. As neither party filed a motion and there has been no docket activity in this case since an unsuccessful mediation in June, the Court ORDERS the parties to file a joint status report by December 12, 2011.

**IT IS SO ORDERED.**

Dated: December 1, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge