UNITED STATES DISTRICT COURT

Northern District of California

NESTOR ANTONIO ORDONEZ,

          Plaintiff,

  v.

NATIONAL PASSENGER RAILROAD CORP.,

          Defendant.

No. C10-5754 MEJ

**ORDER RE DEFENDANT'S MOTIONS IN LIMINE (DKT. NOS. 17 AND 18)**

On March 1, 2012, Defendant filed two motions in limine to exclude evidence in the upcoming trial for this matter. Dkt. Nos. 17 and 18. Pursuant to the Court's case management order, Plaintiff was required to file any opposition to these motions by March 8, 2012. Dkt. No. 11. Plaintiff, however, has not filed any response to Defendant's motions. If Plaintiff wishes to oppose Defendant's motions, he is hereby ordered to file a response by **Wednesday, March 14, 2012** at **9:00 a.m.**

    **IT IS SO ORDERED.**

Dated: March 12, 2012

                                                                                                                        _____
                                                                                                                        Maria-Elena James
                                                                                                                        Chief United States Magistrate Judge