B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCE CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR ANTONIO ORDONEZ,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, doing business as "Amtrak"; and Does 1 to 30, inclusive<br><br>Defendant. | Case No. 3:10-cv-05754 MEJ<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Action Filed: October 8, 2010<br><br>Trial Date: April 30, 2012 |

///

///

///

///

///

///

///

///

13249-38414 LSM 609573.1                        1                    Case No. 3:10-cv-05754 MEJ

STIPULATION AND ORDER OF DISMISSAL

1  IT IS HEREBY STIPULATED by and between plaintiff NESTOR ANTONIO
2  ORDONEZ and defendant NATIONAL RAILROAD PASSENGER COMPANY, through their
3  designated counsel, that the above-captioned action be and hereby is dismissed with prejudice
4  pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each party agrees to bear their own
5  costs.

Dated: April 3, 2012.               SOUTHWEST LEGAL GROUP

                                    By:      /s/ Anthony R. Lopez
                                          ANTHONY R. LOPEZ
                                          MARIE C. BALLON
                                          Attorneys for Plaintiff
                                          NESTOR ANTONITO ORDONEZ

Dated: April 3, 2012.               LOMBARDI, LOPER & CONANT, LLP

                                    By:      /s/ Liza Siu Mendoza
                                          B. CLYDE HUTCHINSON
                                          VINCENT CASTILLO
                                          LIZA SIU MENDOZA
                                          Attorneys for Defendants
                                          NATIONAL RAILROAD PASSENGER
                                          CORPORATION

IT IS SO ORDERED.

DATED: April 10, 2012

                                    _____
                                    MARIA-ELENA JAMES
                                    UNITED STATES CHIEF MAGISTRATE JUDGE