B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCE CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:      (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR ANTONIO ORDONEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, doing business as "Amtrak"; and Does 1 to 30, inclusive<br><br>            Defendant. | Case No.  3:10-cv-05754 MEJ<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Action Filed: October 8, 2010<br><br>Trial Date:  April 30, 2012 |

///
///
///
///
///
///
///
///

STIPULATION AND ORDER OF DISMISSAL

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1    IT IS HEREBY STIPULATED by and between plaintiff NESTOR ANTONIO

2  ORDONEZ and defendant NATIONAL RAILROAD PASSENGER COMPANY, through their

3  designated counsel, that the above-captioned action be and hereby is dismissed <u>with prejudice</u>

4  pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each party agrees to bear their own

5  costs.

6

7  Dated:  April 3, 2012.                    SOUTHWEST LEGAL GROUP

8

9                                            By:_____/s/ Anthony R. Lopez_____
                                                     ANTHONY R. LOPEZ
10                                                   MARIE C. BALLON
                                                     Attorneys for Plaintiff
11                                               NESTOR ANTONITO ORDONEZ

12

13  Dated:  April 3, 2012.                    LOMBARDI, LOPER & CONANT, LLP

14

15                                            By:_____/s/ Liza Siu Mendoza_____
                                                    B. CLYDE HUTCHINSON
16                                                    VINCENT CASTILLO
                                                     LIZA SIU MENDOZA
17                                               Attorneys for Defendants
                                              NATIONAL RAILROAD PASSENGER
18                                                    CORPORATION

19

20  IT IS SO ORDERED.

21
                        April 10, 2012
22  DATED: _____

23

24                          _____
                                   MARIA-ELENA JAMES
25                          UNITED STATES CHIEF MAGISTRATE JUDGE

26

27

28

STIPULATION AND ORDER OF DISMISSAL

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541